# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:07CR20052-001 |
| Corey Phillip A. Prendergast ) | USM No: 08048-010 |
| Date of Original Judgment: April 8, 2008 ) | |
| Date of Previous Amended Judgment: ) | James Pierce |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  65  months **is reduced to** Time Already Served since October 1, 2007.

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**DEC 0 8 2011**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  04/08/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12/08/2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Robert T. Dawson U.S. District Judge
*Printed name and title*